# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. KENDRA RUSSELL,<br><br>    Plaintiff,<br><br>v.<br><br>1. BILLINGSLEY FORD OF DUNCAN, LLC,<br>2. BILLINGSLEY FORD OF DUNCAN, INC.,<br>3. EXPRESS SERVICES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No. CIV-17-590-D<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 20th DAY OF APRIL, 2018.**

            s/ Amber L. Hurst
            Mark Hammons, OBA #3748
            Amber L. Hurst OBA #21231
            HAMMONS GOWENS & HURST
            325 Dean A. McGee Ave.
            Oklahoma City, Oklahoma 73102
            (405) 235-6100; (405) 235-6111(fax)
            amber@hammonslaw.com
            *Attorneys for Plaintiff*

s/ Joshua Solberg
(*Signed by filing counsel with permission*)
Joshua Solberg, OBA #22308
Paige Hoster Good, OBA #31595
McAfee & Taft, A Professional Corp.
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102-7103
(405) 235-9621; (405) 235-0439 (fax)
josh.solberg@mcafeetaft.com
paige.good@mcafeetaft.com
*Attorneys for Defendant Express Services, Inc.*


s/ R. Lynn Fielder
(*Signed by filing counsel with permission*)
R. Lynn Fielder, TBA #06971100
Downs & Stanford, P.C.
2001 Bryan St., Suite 4000
Dallas, Texas 75201
(214) 748-7900; (214) 748-4530 (fax)
lfielder@downsstanford.com

-and-

Laura D. Schmidt, OBA #22034
Downs & Stanford, P.C.
7633 E. 63rd Place, Suite 300
Tulsa, OK 74113
Telephone: (918) 398-9140
Facsimile: (918) 459-4550
ldschmidt@downsstanford.com
*Attorneys for Defendants Billingsley Ford of Duncan, LLC and Billingsley Ford of Duncan, Inc.*